IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MICHAEL BLOCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THOR MOTOR COACH, INC., | ) |
| | ) Cause No. 3:21-cv-00780 |
| Defendant. | ) |

REPORT OF MEDIATOR

Comes now the mediator, Michael P. Scopelitis, and reports to the Court that a mediation session was conducted on November 22, 2022 and as a result the parties

[ ]   did not reach an agreement in whole or in part as a result of the mediation session.

**[ X]   did reach a complete agreement and as result a stipulation of dismissal and proposed form or order will be filed within 14 days after the terms of the Mediated Settlement Agreement are completed.**

[ ]   did reach an agreement, in part, as a result of the mediation.

[ ]   agreed to extend the mediation to another date.

January 5, 2023                               Respectfully submitted,

/s/ Michael P. Scopelitis
Michael P. Scopelitis (224-71)
Mediator

Michael P. Scopelitis
2238 Portage Avenue
South Bend, Indiana 46616
Email: scopelitisadr@gmail.com
Telephone: 574-532-6875
Facsimile: 574-287-6126

CERTIFICATE OF SERVICE

I certify that on January 5, 2023 I electronically filed the forgoing document using PACER System I also certify that on January 5, 2023, the forgoing document was served on the following person(s) via email:

| Natalie Dickey | Stephen Judge | Michael Pangburn |
| --- | --- | --- |
| Attorney at Law | Attorney at Law | Attorney at Law |
| kdickey@jhaskinlaw.com | sjudge@southbank.legal | mpangburn@thorindustries.com |

/s/ Michael P. Scopelitis
Michael P. Scopelitis