UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

MICHAEL BLOCHER,

    Plaintiff,

    v.

THOR MOTOR COACH, INC.,

    Defendant.

Case No. 3:21-CV-780 JD

## **ORDER**

The parties filed a joint Stipulation to Dismiss (DE 28), agreeing to dismiss this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

    SO ORDERED.

    ENTERED: January 12, 2023

                                      /s/ JON E. DEGUILIO
                                      Chief Judge
                                      United States District Court